UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD FREES, #623134

    Plaintiff,

v.

    File No. 1:10-cv-609

    HON. ROBERT HOLMES BELL

PAUL DUBY, et al.,

    Defendants.
_____/

### ORDER APPROVING AND ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 2, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's claims for injunctive relief be dismissed as moot, that Plaintiff's claims for damages against Defendants in their official capacities be dismissed with prejudice because they are barred by Eleventh Amendment immunity, that Plaintiff's motion for summary judgment (Dkt. No. 37) be denied, that Defendants' motion for summary judgment (Dkt. No. 40) be granted, and that judgment be entered in Defendants' favor on all of Plaintiff's claims for damages against Defendants in their individual capacities. (Dkt. No. 65.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the November 2, 2011, R&R (Dkt. No. 65) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims for injunctive relief are **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's claims for damages against defendants in their official capacities are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. No. 37) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 40) is **GRANTED**.


Dated: November 21, 2011                     /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE